UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

AMADO C.,                                              Case No. 26-CV-0294 (PJS/JFD)

       Petitioner,

v.                                                                      ORDER

SAMUEL OLSON, Director of St. Paul
Field Office, U.S. Immigration and
Customs Enforcement; KRISTI NOEM,
Secretary of the U.S. Department of
Homeland Security; PAMELA BONDI,
Attorney General,

       Respondents.

---

IT IS HEREBY ORDERED THAT petitioner's motion for a temporary restraining order [ECF No. 3] is GRANTED IN PART to the extent that respondents are ENJOINED from moving petitioner outside of Minnesota until further order of the Court, so that petitioner may consult with counsel while the Court is considering the petition, and so that there is no risk that removal of petitioner from Minnesota will deprive this Court of jurisdiction over the petition.  If petitioner has already been removed from Minnesota, respondents are ORDERED to immediately return petitioner to Minnesota.

Dated:  January 15, 2026, at 11:40 a.m.          /s/ Patrick J. Schiltz
                                                                   Patrick J. Schiltz, Chief Judge
                                                                   United States District Court