# UNITED STATES DISTRICT COURT
## District of Minnesota

Amado Cruz Mendoza

Petitioner(s),

v.

Samuel Olson, Kristi Noem, Pamela Bondi

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00294-PJS-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED IN PART and DENIED IN PART. Specifically, the Court:

   a. DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS respondents from denying release or other relief on the basis that petitioner is subject to mandatory detention under § 1226(b)(2).
   b. ORDERS respondents to provide petitioner a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order.
   c. ORDERS respondents to keep petitioner in Minnesota until the bond hearing is held so that petitioner may consult with counsel.[4]
   d. If respondents do not provide petitioner with a bond hearing under 8 U.S.C. § 1226(a) within 7 days of the date of this Order, petitioner must be immediately released from detention.

2. The remainder of petitioner's petition is DENIED WITHOUT PREJUDICE.

Date: 1/25/2026

KATE M. FOGARTY, CLERK